**COM.**

v.

**THEISEN, C.**

**703 WDA 2016**

Superior Court of Pennsylvania.

08/04/2017

CP–02–CR–0012533–2014

CP–02–CR–0013588–2014

CP–02–CR–0014997–2014

(Allegheny)

Affirmed

**COM.**

v.

**ZIRKLE, S.**

**752 WDA 2016**

Superior Court of Pennsylvania.

08/04/2017

CP–20–CR–0000143–2009

(Crawford)

Affirmed

**IN RE: S.S.W. et al., minors,**

**Appeal of: S.P.W. et al.**

**464 WDA 2017**

Superior Court of Pennsylvania.

08/04/2017

No. 15 A Adoption 2014 (Somerset)

Reversed/Remanded

**COM.**

v.

**WASHINGTON, D.**

**106 EDA 2016**

Superior Court of Pennsylvania.

08/07/2017

CP–46–CR–0008218–2014 (Montgomery)

Affirmed

**COM.**

v.

**MACHALETTE, A.**

**654 EDA 2016**

Superior Court of Pennsylvania.

08/07/2017

CP–51–CR–0012069–2013

(Philadelphia)

Affirmed